HON. JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PACIFIC BIOSCIENCE LABORATORIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> NUTRA-LUXE M.D., LLC, <br><br> Defendant. | Case No. 2:15-cv-00692 (JLR) <br><br> **NOTICE OF APPEARANCE** |

TO:     All Parties and their Counsel of Record

PLEASE TAKE NOTICE that Lisa Y. Leung of Paul Hastings LLP appears in this litigation as counsel of record for Plaintiff Pacific Bioscience Laboratories, Inc.  Copies of all documents and pleadings with regard to this litigation, with the exception of original process, are to be served on the undersigned counsel.

NOTICE OF APPEARANCE
(Case No. 2:15-cv-00692-JLR) – Pg. 1

**Paul Hastings LLP**
875 15th Street, N.W.
Washington, DC 20001
Phone:  202.551.1700
Fax:  202.551.1705

DATED: July 16, 2015

        By:  s/ Lisa Y. Leung
Lisa Y. Leung WSBA #43015
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, DC 20001
Tel:  (202) 551-1700
Fax:  (202) 551-1705
Email:  lisaleung@paulhastings.com

Attorney for Plaintiff
Pacific Bioscience Laboratories, Inc.

NOTICE OF APPEARANCE
(Case No. 2:15-cv-00692-JLR) – Pg. 2

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of July, 2015, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record for the Parties in the above-captioned litigation.

                                              /s/ Lisa Y. Leung
                                      LISA Y. LEUNG, WSBA #43015

NOTICE OF APPEARANCE
(Case No. 2:15-cv-00692-JLR) – Pg. 3

**Paul Hastings LLP**
875 15th Street, N.W.
Washington, DC 20001
Phone: 202.551.1700
Fax: 202.551.1705