HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PACIFIC BIOSCIENCE LABORATORIES, INC., a Washington corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NUTRA-LUXE M.D., LLC,<br><br>　　　　　Defendant. | No. 2:15-cv-00692-JLR<br><br>**NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Pacific Bioscience Laboratories, Inc., hereby dismisses the above-captioned action without prejudice. This Notice of Dismissal is being filed before Defendant Nutra-Luxe M.D., LLC, has served an answer or motion for summary judgment.

//
//
//
//
//
//
//

PLAINTIFF'S NOTICE OF DISMISSAL – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

| | | |
|---|---|---|
| 1 | DATED:  August 17, 2015 | Respectfully submitted, |
| 2 | | */s/ Ramsey M. Al-Salam* |
| 3 | | Ramsey M. Al-Salam WSBA #18822 |
|   | | PERKINS COIE LLP |
| 4 | | 1201 Third Avenue, Suite 4900 |
|   | | Seattle, WA 98101-3099 |
| 5 | | Tel:  (206) 359-8000 |
|   | | Fax:  (206) 359-9000 |
| 6 | | Email: RAlsalam@perkinscoie.com |
| 7 | | |
|   | | Attorneys for Plaintiff Pacific Bioscience |
| 8 | | Laboratories, Inc. |

9    COUNSEL:

10   Robert M. Masters (*pro hac to be submitted*)
     Timothy P. Cremen (*pro hac to be submitted*)
11   Lisa Y. Leung (WSBA #43015)
     PAUL HASTINGS LLP
12   875 15th St NW
     Washington, D.C. 20005
13   Tel:  (202) 551-1700
14   Fax:  (202) 551-1705
     robertmasters@paulhastings.com
15   timothycremen@paulhastings.com
     lisaleung@paulhastings.com
16

17   Robert L. Sherman (*pro hac to be submitted*)
     Natalie G. Furman (*pro hac to be submitted*)
18   PAUL HASTINGS LLP
     75 East 55th Street
19   New York, NY 10022
     Tel:  (212) 318-6000
20   Fax:  (212) 230-7841
21   robertsherman@paulhastings.com
     nataliefurman@paulhastings.com
22

23

24

25

26

PLAINTIFF'S NOTICE OF DISMISSAL – 2

# CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of August, 2015, I caused the forgoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record for the Parties in the above-captioned litigation.

Additionally, a copy of the forgoing document was served on the following via electronic mail:

>Larry D. Johnson
>ldjesq@aol.com
>PO Box 470277
>Celebration, FL 34747

>*/s/ Ramsey M. Al-Salam*
>Ramsey M. Al-Salam, WSBA #18822

PLAINTIFF'S NOTICE OF DISMISSAL – 3

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000